FILED
At Albuquerque NM

MAR 1 4 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 17-697 JH |
| Plaintiff, ) | |
| ) | Count 1: 18 U.S.C. §§ 1153, 1201(a)(2) |
| vs. ) | and 1201(g): Kidnapping of a Minor; |
| ) | |
| **JOSE TENORIO,** ) | Counts 2, 3, 4, 5, and 6: 18 U.S.C. §§ |
| ) | 1153 and 2244(A)(5) and 2246(3): |
| Defendant. ) | Abusive Sexual Contact; |
| ) | |
| ) | Counts 7 and 8: 18 U.S.C. §§ 1153 and |
| ) | 2244(A)(1) and 2246(3): Abusive Sexual |
| ) | Contact. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about May 18, 2016, in Indian Country, in Sandoval County, in the District of New Mexico, the defendant, **JOSE TENORIO**, an Indian, who had obtained the age of eighteen (18) years, did unlawfully, knowingly and willfully kidnap and attempted to kidnap, abduct, seize, confine, inveigle, and carry away Jane Doe 1, who had not then attained the age of eighteen (18) years, for some purpose or benefit.

In violation of 18 U.S.C. §§ 1153 and 1201(a)(2) and 1201(g).

Count 2

On or about May 18, 2016, in Indian Country, in Sandoval County, in the District of New Mexico, the defendant, **JOSE TENORIO**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 1, a child who had not then attained the age of twelve (12) years, and the sexual contact consisted of defendant intentionally touching the breast of Jane Doe

1, directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3).

## Count 3

On or about May 18, 2016, in Indian Country, in Sandoval County, in the District of New Mexico, the defendant, **JOSE TENORIO**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 1, a child who had not then attained the age of twelve (12) years, and the sexual contact consisted of defendant intentionally touching the buttocks of Jane Doe 1, directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3).

## Count 4

On or about May 18, 2016, in Indian Country, in Sandoval County, in the District of New Mexico, the defendant, **JOSE TENORIO**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 1, a child who had not then attained the age of twelve (12) years, and the sexual contact consisted of defendant intentionally touching the genitalia of Jane Doe 1, directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3).

## Count 5

On or between January 1, 2015 and January 31, 2015, in Indian Country, in Sandoval County, in the District of New Mexico, the defendant, **JOSE TENORIO**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 1, a child who had not then

attained the age of twelve (12) years, and the sexual contact consisted of defendant intentionally touching the breast of Jane Doe 1, directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3).

## Count 6

On or between January 1, 2015 and January 31, 2015, in Indian Country, in Sandoval County, in the District of New Mexico, the defendant, **JOSE TENORIO**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 1, a child who had not then attained the age of twelve (12) years, and the sexual contact consisted of defendant intentionally touching the buttocks of Jane Doe 1, directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3).

## Count 7

On or between August 23, 2006 and August 22, 2007, in Indian Country, in Sandoval County, in the District of New Mexico, the defendant, **JOSE TENORIO**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe 2, a child who had attained the age of 12, but not attained the age of 16, and the sexual contact consisted of defendant intentionally touching the buttocks of Jane Doe 2, directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3).

## Count 8

On or between August 23, 2006 and August 22, 2007, in Indian Country, in Sandoval County, in the District of New Mexico, the defendant, **JOSE TENORIO**, an Indian, unlawfully

and knowingly engaged in and caused sexual contact with Jane Doe 2, a child who had attained the age of 12, but not attained the age of 16, and the sexual contact consisted of defendant intentionally touching the buttocks of Jane Doe 2, directly and through clothing, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(3).

Assistant United States Attorney
3/13/2017 9:48 AM

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY